UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>NIKESHIA R. STOWERS,<br><br>　　　　　　Defendant,<br>　　v.<br><br>DENDREON PHARMACEUTICALS, INC.,<br><br>　　　　　　Garnishee-Defendant. | CASE NO. 2:23-mc-00047-LK<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT |

　　　This matter comes before the Court on the United States of America's Second Amended Application for Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Nikeshia R. Stowers, from Dendreon Pharmaceuticals, Inc., the Garnishee. Dkt. No. 5. Having reviewed the record in this matter, the Court ORDERS that the Clerk of the Court issue the Writ of Continuing Garnishment submitted on June 14, 2023, Dkt. No. 5-4, against Dendreon Pharmaceuticals Inc., whose address is:

ORDER TO ISSUE WRIT OF - 1

| | |
|---|---|
| 1 | Dendreon Pharmaceuticals, Inc. |
| 2 | Attn: Payroll |
|   | 1208 Eastlake Ave E |
| 3 | Seattle, WA 98102 |
| 4 | Dated this 20th day of June, 2023. |

                                            *Lauren King*

                                      Lauren King
                                      United States District Judge

CONTINUING GARNISHMENT - 2